1040

[No. 6987–3–II.   Division Two.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TROYCE LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–02117–4, Thomas A. Swayze, Jr., J., entered March 18, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6331–0–II.   Division Two.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–1–00922–2, Thomas R. Sauriol, J., entered April 22, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6330–1–II.   Division Two.   December 31, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 59382, Floyd V. Hicks, J., entered April 22, 1982. *Reversed* and *remanded* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6576–2–II.   Division Two.   January 2, 1985.]

TRUMAN R. CASTLE, ET AL, *Appellants,* v. MORRIS J. LOVELESS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–00706–5, Frank E. Baker, J., entered August 26, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, C.J., concurred in by Petrie and Petrich, JJ.